IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:06-00154-001

GLENN HURST TRENT, JR.

### MEMORANDUM OPINION AND ORDER

By undated letter sent to the court, defendant requested early release from his term of supervised release. The court has considered defendant's background, his performance while on supervised release, the circumstances of the offense of conviction, and the recommendation of the United States Probation Office. For reasons appearing to the court, the court DENIES defendant's request.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 10th day of October, 2007.

                            ENTER:

                            _____
                            David A. Faber
                            United States District Judge